UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

| | |
|---|---|
| FELICIA SANDOVAL,<br><br>  Plaintiff,<br><br>v.<br><br>KEVIN CANNON and SUNSHINE BUICK PONTIAC GMC TRUCK, INC.,<br><br>  Defendants. | No. 07-CV-545 BRB/ACT |

ORDER ADOPTING MAGISTRATE JUDGE'S
PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

No objections appearing of record, the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. #29) regarding Plaintiff's Motion for Attorneys' Fees and Costs (Doc. #11) is hereby adopted in its entirety as the order of the Court.

SO ORDERED.

CASE CLOSED.

    Entered for the Court
    this 28th day of April, 2008


    Bobby R. Baldock
    United States Circuit Judge
    sitting by designation